William D. Lindsay, Respondent, *v.* The Brooklyn City and Newtown Railroad Company, Appellant.

(Argued January 30, 1888; decided February 28, 1888.)

Appeal from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order

made December 15, 1885, which affirmed a judgment in favor of plaintiff entered on a verdict.

*Samuel D. Morris* for appellant.

*Daniel B. Thompson* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.